IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED

JUN 15 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| | ) | CASE NO. 5:23 CR 00322 |
| v. | ) | Title 18, United States Code, |
| ALEX R. ANDRUS, | ) | Sections 922(g)(1), 924(a)(8), |
| ALGYN M. KERNEY, | ) | and 924(c)(1)(A); Title 21, |
| MARIO M. RUPLE, | ) | United States Code, Sections |
| | ) | 841(a)(1), (b)(1)(A), (b)(1)(B), |
| Defendants. | ) | (b)(1)(C), and 846 |
| | ) | **JUDGE ADAMS** |

COUNT 1
(Conspiracy to Distribute and Possess with the Intent to Distribute Methamphetamine and Fentanyl, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), (b)(1)(B), (b)(1)(C) and 846)

The Grand Jury charges:

1. From on or about March 3, 2023 to on or about May 25, 2023, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendants ALEX R. ANDRUS, ALGYN M. KERNEY, and MARIO M. RUPLE did unlawfully, knowingly, and intentionally combine, conspire, confederate and agree with diverse others known and unknown to the Grand Jury to distribute and to possess with the intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and fentanyl, a Schedule II controlled substance. As to Defendant ALEX R. ANDRUS, he conspired to distribute and possess with intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(A). As to Defendant ALGYN M. KERNEY, he conspired to distribute and possess with intent to distribute 5 grams or more of

methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(B). As to Defendant MARIO M. RUPLE, he conspired to distribute and possess with intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2
(Possession with Intent to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

The Grand Jury further charges:

2. On or about May 25, 2023, in the Northern District of Ohio, Eastern Division, Defendant ALEX R. ANDRUS did knowingly and intentionally possess with the intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## COUNT 3
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A))

The Grand Jury further charges:

3. On or about May 25, 2023, in the Northern District of Ohio, Eastern Division, Defendant ALEX R. ANDRUS did knowingly possess three firearms, those are, a Smith & Wesson pistol, bearing serial number HRH4262, an FN, model 509, 9mm caliber pistol, bearing serial number GKS0032693, and a Ruger, model EC9, 9mm caliber pistol, bearing serial number 459-04895, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, conspiracy to distribute and possess with the intent to distribute to distribute and to possess with the intent to distribute a mixture and

substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and fentanyl, a Schedule II controlled substance, as charged in Count 1 of this indictment, and possession with intent to distribute methamphetamine, a Schedule II controlled substance, as charged in Count 2 of this indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 4
(Felon in Possession of Firearms, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

4. On or about May 25, 2023, in the Northern District of Ohio, Eastern Division, Defendant ALEX R. ANDRUS, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Felon in Possession of a Firearm and Ammunition, on or about April 23, 2010, in case number 5:09CR00462, in the United States District Court, Northern District of Ohio, knowingly possessed in and affecting interstate commerce three firearms, to wit: a Smith & Wesson pistol, bearing serial number HRH4262, an FN, model 509, 9mm caliber pistol, bearing serial number GKS0032693, and a Ruger, model EC9, 9mm caliber pistol, bearing serial number 459-04895, said firearms having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 5
(Possession with Intent to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

5. On or about May 25, 2023, in the Northern District of Ohio, Eastern Division, Defendant ALGYN M. KERNEY did knowingly and intentionally possess with the intent to

3

distribute 5 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

6. Before committing the offense charged in this count, Defendant ALGYN M. KERNEY had a final conviction for a serious drug felony, specifically, a conviction for Conspiracy to Distribute Heroin, in violation of Title 21, United States Code, Section 846, in the United State District Court, Northern District of Ohio, Case No. 1:14CR194, on or about June 1, 2015, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

## COUNT 6
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A))

The Grand Jury further charges:

7. On or about May 25, 2023, in the Northern District of Ohio, Eastern Division, Defendant ALGYN M. KERNEY did knowingly possess two firearms, those are, a SCCY, model CPX2, 9mm pistol, bearing serial number 083566, and a Sig Sauer, model P365, 9mm caliber pistol, bearing serial number 66A353140, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, conspiracy to distribute and possess with the intent to distribute to distribute and to possess with the intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and fentanyl, a Schedule II controlled substance, as charged in Count 1 of this indictment, and possession with intent to distribute methamphetamine, a Schedule II controlled substance, as charged in Count 5 of this indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

COUNT 7
(Felon in Possession of Firearms, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

8. On or about May 25, 2023, in the Northern District of Ohio, Eastern Division, Defendant ALGYN M. KERNEY, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Conspiracy to Distribute Heroin, on or about June 1, 2015, in case number 1:14CR00194, in the United States District Court, Northern District of Ohio, knowingly possessed in and affecting interstate commerce two firearms, to wit: a SCCY, model CPX2, 9mm pistol, bearing serial number 083566, and a Sig Sauer, model P365, 9mm caliber pistol, bearing serial number 66A353140, said firearms having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

COUNT 8
(Possession with Intent to Distribute Fentanyl, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

9. On or about May 25, 2023, in the Northern District of Ohio, Eastern Division, Defendant MARIO M. RUPLE did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 9
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime,
18 U.S.C. § 924(c)(1)(A))

The Grand Jury further charges:

10. On or about May 25, 2023, in the Northern District of Ohio, Eastern Division, Defendant MARIO M. RUPLE did knowingly possess a firearm, that is, a KelTec, model P-11, 9mm pistol, bearing serial number AGB08, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, conspiracy to distribute and possess with the intent to distribute to distribute and to possess with the intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and fentanyl, a Schedule II controlled substance, as charged in Count 1 of this indictment, and possession with intent to distribute fentanyl, a schedule II controlled substance, as charged in Count 8 of this indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 10
(Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

11. On or about May 25, 2023, in the Northern District of Ohio, Eastern Division, Defendant MARIO M. RUPLE, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Aggravated Murder and Aggravated Robbery, on or about April 10, 1992, in case number CR-1991-12-2708-A, in the Court of Common Pleas, Summit County, knowingly possessed in and affecting interstate commerce a firearm, to wit: a KalTec, model P-11, 9mm pistol, bearing serial number AGB08, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE

The Grand Jury further charges:

12. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853; Title 18, United States Code, Section 924(d)(1); and Title 28, United States Code Section 2461(c), the allegations of Counts 1 through 10 are incorporated herein by reference. As a result of the foregoing offenses, Defendants ALEX R. ANDRUS, ALGYN M. KERNEY, and MARIO M. RUPLE, shall forfeit to the United States any and all property constituting or derived from any proceeds they obtained directly or indirectly as a result of such violations; any and all of their property used or intended to be used in any manner or part to commit or to facilitate the commission of such violations; and, any and all firearms and ammunition involved in or used in the commission of such violations.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.